IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:09CR86-1 |
| LEDARIUS DANTE MONTGOMERY | : | |

FILED MAR 30 2009

The Grand Jury charges:

## COUNT ONE

On or about August 24, 2008, in the County of Guilford, in the Middle District of North Carolina, LEDARIUS DANTE MONTGOMERY, having been convicted on June 1, 2004, in the Superior Court of Guilford County, High Point, North Carolina, of crimes punishable by imprisonment for a term exceeding one year, that is, discharging a weapon into occupied property and possession of a stolen motor vehicle, knowingly did possess in commerce and affecting commerce a firearm, that is, a Bryco Arms .22 caliber handgun, model J22, serial number 1004959; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about September 11, 2008, in the County of Guilford, in the Middle District of North Carolina, LEDARIUS DANTE MONTGOMERY, having been convicted on June 1, 2004, in the Superior Court of Guilford County, High Point, North Carolina, of crimes punishable by imprisonment for a term exceeding one year, that is, discharging a weapon into occupied property and possession of a stolen motor vehicle, knowingly did possess in commerce and affecting commerce a firearm, that is, a Ruger .22 caliber handgun, model MKII, serial

number 223-22324; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

ANNA MILLS WAGONER
UNITED STATES ATTORNEY