IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:09CR86-1 |
| | : | |
| LEDARIUS DANTE MONTGOMERY | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Ledarius Dante Montgomery, defendant in the above named case, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence by the Honorable James A. Beaty, Jr. entered in this case on the 19th day of May, 2010.

Respectfully submitted this the 26th day of May, 2010.

/s/ GEORGE E. CRUMP, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910)997-5544
Attorney for the Defendant
E-mail: georgecrump@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Terry M. Meinecke
>Assistant United States Attorney
>United States Attorney's Office
>101 S. Edgeworth Street
>Greensboro, NC 27401

Respectfully submitted, May 26, 2010.

>/s/ GEORGE E. CRUMP, III
>Attorney at Law   N.C.S.B. # 7676
>PO Box 1523
>Rockingham, NC 28380
>(910)997-5544
>Attorney for the Defendant
>E-mail: georgecrump@bellsouth.net